Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the

District of Columbia

Division

|  |  |
|---|---|
| Felix Acon-Chen <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> see attached <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case: 1:24-cv-01529 <br> Assigned To : Moss, Randolph D. <br> Assign. Date : 5/23/2024 <br> Description: Employ. Discrim. (H-DECK) <br><br> Jury Trial: *(check one)* ☐ Yes ☒ No |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**I.     The Parties to This Complaint**

    **A.     The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Felix Acon-Chen |
| Street Address | 603 Camilla Street |
| City and County | City: Havre de Grace     County: 88888 |
| State and Zip Code | Maryland, 21078 |
| Telephone Number | 908-420-1445 |
| E-mail Address | aconcf@hotmail.com |

**RECEIVED**
**MAY 23 2024**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

    **B.     The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Plaintiff:           Felix Acon-Chen

-v-

Defendant No. 1:   The Honorable Pete Buttigieg
                   Secretary of Transportation

Defendant No. 2:   The Honorable Merrick Garland
                   United States Attorney General

Defendant No. 3:   The Honorable Matthew M. Graves
                   United States Attorney

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1
- Name: The Honorable Pete Buttigieg
- Job or Title *(if known)*: Secretary of Transportation
- Street Address: 1200 New Jersey Ave., S.E.
- City and County: City: Washington   County: 11001
- State and Zip Code: DC 20590
- Telephone Number: 202-366-4000
- E-mail Address *(if known)*:

Defendant No. 2
- Name: The Honorable Merrick Garland
- Job or Title *(if known)*: United States Attorney General
- Street Address: 950 Pennsylvania Avenue, NW
- City and County: City: Washington   County: 11001
- State and Zip Code: DC 20530
- Telephone Number: 202-514-2000
- E-mail Address *(if known)*:

Defendant No. 3
- Name: The Honorable Matthew M. Graves
- Job or Title *(if known)*: United States Attorney
- Street Address: 601 D Street, NW
- City and County: City: Washington   County: 11001
- State and Zip Code: DC 20004
- Telephone Number: 202-252-7566
- E-mail Address *(if known)*:

Defendant No. 4
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Federal Aviation Administration |
| Street Address | 800 Independence Avenue, SW |
| City and County | City: Washington    County: 11001 |
| State and Zip Code | DC 20591 |
| Telephone Number | 866-835-5322 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

- [x] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

    *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

    *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

- [ ] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

    *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [ ] Other federal law *(specify the federal law)*:

- [ ] Relevant state law *(specify, if known)*:

- [ ] Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### III.     Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☒ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☒ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☒ Other acts *(specify)*: The Defendant: (1) Created new double standards based on nonexistent policies and regulations to harass and discriminate against the Plaintiff and to sabotage the Plaintiff's professional career (disparate treatment), (2) Harassed the Plaintiff, (3) Abused the Agency's authority, position and influence and conducted perjury to conceal the discriminatory acts against the Plaintiff, to defame and discredit the Plaintiff and to discriminate against the Plaintiff, (4) Issued the Plaintiff illegal disciplinary/discriminatory acts shortly after the Plaintiff asked for a promotion and Career Advancing Information to sabotage the Plaintiff's career and to dissuade the Plaintiff from pursuing career advancement, (5) Denied the Plaintiff Career Advancing Information and DOT Rotational Details to sabotage the Plaintiff's career, (6) Used the Plaintiff as the Agency's personal workhorse by assigning the Plaintiff workloads and tasks that were three paygrades higher than the Plaintiff's paygrade, (7) Intentionally kept the Plaintiff at the H Band (General Engineer Level 2) while forcing the Plaintiff to conduct K Band Work (General Engineer Level 5) for almost 10 years, (8) Created an offensive, toxic and hostile Work Environment for the Plaintiff, (9) Made fraudulent accusations of serious firable misconduct against the Plaintiff without evidence or valid justification to sabotage the Plaintiff's career, (10) Executed attacks on the Plaintiff that inflicted tremendous stress, mental anguish, emotional distress, loss of self-esteem, loss of sleep, depression, and anxiety on the Plaintiff, and (11) Created a false pattern of firable misconduct to eventually fire the Plaintiff under fraudulent false pretenses.

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

Please refer to the "Timeline of The Agency's Pattern/Practice of Discrimination" section (pages 38 to 63) within the electronic file named "Complaint Summary." Dates of the discriminatory acts include (but are not limited to): 2/1/23; 1/23/23; 9/30/22; 9/28/22; 10/21/2014; 7/7/16; 8/11/16; 8/15/16; 8/16/16; 8/25/16; 8/30/16; 9/2/16; 9/6/16; 9/7/16; 9/27/16; 9/30/16; 10/3/16; 10/5/16; 12/5/16; 12/6/16; 7/12/17; 10/26/17; 1/18/18; 10/11/18; 1/1/21; 5/1/21; 11/1/21; 9/19/22

C. I believe that defendant(s) *(check one)*:

☒ is/are still committing these acts against me.

☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐ race

☐ color

☐ gender/sex

☐ religion

☒ national origin    Born in Costa Rica, Asian/Latino, Has Accent

☐ age *(year of birth)*    *(only when asserting a claim of age discrimination.)*

☐ disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

The Defendant's behavior/pattern of discrimination towards the Plaintiff spans 10 years; there is a massive amount of documented substantial evidence. The Plaintiff submitted electronic copies of his "Complaint Summary" and Exhibits to the Clerk when this Employment Discrimination Complaint was submitted to the Court. Please refer to the "Complaint Summary" and Exhibits for the facts of the Plaintiff's case. The following electronic files were submitted to the Court: the "Complaint Summary" and Exhibits 1A, 2A, 3A, 4A, 5A, 6A, 7A, 8A, 9A, 10A, 11A, 12A, 13A, 14A, 15A, 16A, A1, B2, C3, D4, E5, F6, G7, H8, N14, O15, P16, Q17, R18, S19, T20, U21, EEEE, FFFF, GGGG, HHHH, IIII, JJJJ, KKKK, LLLL, MMMM, NNNN, PPPP, QQQQ, RRRR, BB, CC, CCC, DD, H, HH, A, B, C, D, E, F, I, J, N P, R, S, T, U, UU, W, WW, X, XX, Y, YY, ZZ, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, and 41.

The "Complaint Summary" discusses the facts of the Plaintiff's case, the Interrelationships between Claim 1, Claim 2, and Claim 3, the Timeline of the Defendant's Pattern/Practice of Discrimination, the Defendant's Perjury to Conceal the Agency's Discriminatory Acts Against the Plaintiff, and the Plaintiff Salary Comparative Analysis.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

March 13, 2023 - EEO Complaint (Case # 2023-29913-FAA) and August 29, 2016 - EEO Complaint

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)*   2/28/2024

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

To resolve this lawsuit, the plaintiff is asking for the following:

1. Compensatory damages of $100 million dollars,

2. Punitive Damages of $200 million dollars,

3. The plaintiff's immediate promotion to the K-Band (General Engineering Level 5) with his position assigned to full-time telework with the duty station in Washington, DC,

4. A Letter of Apology from the U.S. Secretary of Transportation, Pete Buttigieg, for all the years of discrimination that the plaintiff has endured at the Defendant, which also states that the Defendant's disciplinary warnings and Letter of Expectation issued to the Complainant are null and void, shall not be part of any Defendant employment records and shall never to be referred to again by the Defendant, and

5. Recognition, an award, and an award ceremony for the plaintiff's contributions to the Defendant; specifically, his creation of the New Entrant Roadmaps which is now a strategic asset to the FAA's overall mission and his most recent contribution of establishing the Document Management Working Group (DMWG) which will have a significant impact to the Defendant and the Federal Government.


The Defendant has been discriminating against the Plaintiff due to his National Origin for almost 10 years. The Plaintiff attempted to find an amicable solution via his 2016 and 2023 EEO Complaints; however, the Defendant's discriminatory behavior towards the Plaintiff has worsened and become more intense and more severe. The Defendant's harassment and disparate treatment against the Plaintiff has resulted in the Defendant taking tangible adverse actions against him due to the Plaintiff being the only employee born in Costa Rica with Asian/Latino descent and with an accent; the Plaintiff's co-workers were born in the United States and don't have an accent.

1. In 2014, the Defendant tricked the Plaintiff into abandoning his White House Detail, other job offers, and his position at the FAA Office of Commercial Space Transportation by providing the Plaintiff with a firm job offer letter for a position at the FAA Office of NextGen where the Plaintiff would be promoted from the H Band (General Engineering Level 2) to the I Band (General Engineering Level 3). Once the Plaintiff moved offices and his transfer was complete the Defendant demoted him without his knowledge and refused to give him the promotion he was promised.

2. In 2015, 2016, 2021, and 2022, the Defendant used the Plaintiff as management's own personal workhorse, where the Plaintiff was assigned more work than his higher paygrade co-workers and was forced to conduct K Band Level work (General Engineering Level 5) while being the lowest paid employee at the H Band (General Engineering Level 2); the Plaintiff was burnt out as a result of being overworked by the Defendant and his work contributed to the Defendant's overall Strategic Missions and Objectives at the Executive Level and even reached the White House.

3. For almost 10 years, the Defendant has sabotaged the Plaintiff's professional career by intentionally preventing the Plaintiff from advancing in his career by denying him Career Advancing information (e.g. Desk Audit process, Defendant Core Compensation Definitions, and the steps

necessary to advance to the next paygrade) and denying him a promotion in 2016, 2021, and 2022 without providing valid justification.

4. After the Plaintiff asked for a promotion in 2016 and 2022, the Defendant significantly reduced his workload by removing his tasks to justify not giving the Plaintiff the promotion and the Career Advancing information he requested.

5. For almost 10 years, the Defendant has sabotaged the Plaintiff's professional career by intentionally preventing the Plaintiff from advancing in his career by fabricating double standards based on nonexistent policies and regulations to justify creating a toxic, offensive and hostile work environment where the Plaintiff is intentionally attacked, insulted, threatened, harassed, belittled, intimidated, offended, defamed, humiliated, and discriminated against when the Defendant makes baseless defamatory false accusations of serious firable misconduct against the Plaintiff, without having any evidence or valid justification, shortly after the Plaintiff asks management for Career Advancing Information and a promotion; in 2016, 2022, and 2023 the Defendant executed a series of attacks against the Plaintiff for asking for a promotion and Career Advancing Information.

6. For almost 10 years, the Defendant has sabotaged the Plaintiff's professional career by intentionally preventing the Plaintiff from advancing in his career by denying him the training required to learn technical skills that would help him advance in his career. In 2017 and 2018, the Plaintiff requested that the Defendant allow him to participate in DOT Rotational Details as training to learn the necessary technical skills for career advancement. However, the Defendant denied all the Plaintiff's requests without providing a valid justification to sabotage the Plaintiff's professional career. Now the Plaintiff doesn't have any technical skills that would have helped him in his career prospects, only soft skills which are useless.

7. For almost 10 years, the Defendant has intentionally caused the Plaintiff serious economic injury by paying him significantly less than co-workers that are assigned similar tasks and workloads. As part of the 2023 DOT EEO Complaint Defendant Case No. 2023-29913-FAA-02, the Plaintiff elaborated a comparative analysis where he compared the salaries of co-workers who were assigned similar tasks and workloads to his assigned tasks and workloads, and the results show that the Defendant's disparate treatment and discrimination against the Plaintiff has resulted in the Plaintiff's lost wages of over a million dollars due to the Defendant's intentional sabotage of his career advancement. Per the Plaintiff's comparative analysis:

a. Defendant co-workers that do or have done the same work as the Plaintiff have been paid from 77% to 90% more each year.

b. The Plaintiff is the only person with a National Origin from Costa Rica and an accent; the Plaintiff was born in Costa Rica.

i. Most if not all the co-workers within the Plaintiff's comparative analysis were born in the US and don't have an accent.

c. The Plaintiff has lost from $63,827 to $75,957 in wages each year.

d. The Plaintiff's 2014 to 2022 Total Income Lost is $633,413.75.

e. The Plaintiff's predicted 2023 Income Lost (based on 2022) is $75,957.

f. The interest based on the income lost is $305,029.42.

g. The missed Defendant TPS matching contributions is $35,468.54.

h. The total monetary loss is $1,049,868.71.

The Defendant's discriminatory acts against the Plaintiff worsened and became more intense and more severe after the Plaintiff filed his first EEO complaint against the Defendant in 2016. Up to this day, the Defendant has been retaliating against the Plaintiff for filing his 2016 EEO Complaint. The Defendant' retaliation against the Plaintiff has come in two waves of retaliation so far; the first wave was in 2016 and the second wave was in 2017, 2018, 2021, 2022, and 2023. The Plaintiff is afraid that if the Court doesn't help him, as retaliation for filing his 2016 and 2023 EEO Complaints against the Defendant,

• the Defendant will continue with its discriminatory acts against the Plaintiff,

• the Defendant's discriminatory acts against the Plaintiff will worsen and become even more severe and more intense causing the Plaintiff more financial harm and more personal injury,

• the Defendant will continue its campaign to defame the Plaintiff and to sabotage his professional career, and

• the Defendant will eventually fire the Plaintiff under false pretenses by fabricating fraudulent false allegations of serious firable misconduct.

The Defendant's hostile, abusive and aggressive discriminatory actions against the Plaintiff:

1. Have caused the Plaintiff serious financial harm (over a million dollars in lost wages).
a. The Defendant intentionally sabotaged the Plaintiff's professional career, for almost 10 years, by making fraudulent defamatory accusations of serious firable misconduct against him (without any evidence or valid rationale to support the Defendant's allegations) to justify not promoting the Plaintiff and to keep him at the H Band Level (General Engineer Level 2) while forcing him to conduct K Band Level work (General Engineer Level 5) as the Defendant's personal workhorse.

2. Have caused the Plaintiff serious personal injury.
a. The Defendant has inflicted the Plaintiff tremendous stress, mental anguish, emotional distress, loss of self-esteem, loss of sleep, depression, and anxiety via its intentional defamatory attacks against the Plaintiff. The latest example is how the Plaintiff has had to spend all his personal time during the last two years filing complaints against the Defendant with Federal Investigative Bodies

i. to protect his livelihood and prevent the Defendant from firing him under false pretenses and

ii. to fend off the Defendant's latest wave of defamatory attacks against the Plaintiff, which started shortly after the Plaintiff asked for a promotion and career advancing information on September 19, 2022.

3

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5/23/24

Signature of Plaintiff   *Felix Acon-Chen*
Printed Name of Plaintiff   Felix Acon-Chen

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address